IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>DESMOND, ET AL.,<br><br>    Defendants.<br>_____ | No. C 08-80020M CW<br><br>ORDER RETURNING<br>COMPLAINT TO PLAINTIFF |

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Plaintiff submits a complaint that is

>  related to any of the following matters:
>  (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>  (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>  (3) a court order for the defendants to be subjected to a lie detector test;
>  (4) covert terrorism
>  it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief.

    The Court has reviewed the instant complaint, C 08-80020M, and finds that it fails to contain any causes of action.  Instead, it refers to a "Legal Brief" and "Original Civil Complaint" that are "In-Route."  The Court has not received any such complaint or brief.  Moreover, the proposed complaint refers to "terror intent."  Because the complaint concerns one or more of the matters mentioned in the pre-filing order and because it does not contain intelligible

factual allegations or claims for relief, the Clerk of the Court is ordered not to file it.  Instead, the complaint shall be returned to Plaintiff.

    IT IS SO ORDERED.

DATED: 3/19/08

                      CLAUDIA WILKEN
                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: JEROME GRIMES,

        Plaintiff,

Case Number: CV08-80020 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: March 19, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk